**ORIGINAL**

FILED
2007 OCT -3 PM 3: 35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ do _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRO SALINA-MARIN | ) |
| Petitioner, | ) Cr. No. 05-1161GT |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

On September 13, 2006, Defendant, Ciro Salina-Marin ("Mr. Salina") filed a Motion to Strike Entries of Criminal History. However, on this same date, Mr. Salina's case filed a Notice of Appeal and the case is still on appeal. Hence, this Court lacks jurisdiction in this matter. Accordingly,

**IT IS ORDERED** that Mr. Salina's Motion is **DENIED**.

Oct 3 2007
date

GORDON THOMPSON, JR.
United States District Judge

cc: AUSA Bruce Castetter          Defendant